■ In the Matter of ASHANTI W., a Person Alleged to be a Juvenile Delinquent, Appellant. [662 NYS2d 131] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of the Family Court, Kings County (Ambrosio, J.), dated April 1, 1997, made after a hearing, which, in effect, extended the appellant's placement with the Division for Youth.

Ordered that the order is affirmed, without costs or disbursements.

The Family Court providently exercised its discretion in extending the appellant's placement (see, Family Ct Act § 355.3). The court's finding that extension of placement would both protect society and the best interests of the appellant (see, Family Ct Act § 352.2 [2]; § 355.3 [4]), is supported by a preponderance of the evidence, which showed that he had exhibited overly aggressive and assaultive behavior towards his peers and agency staff members at the facility, and had committed a criminal offense within the preceding year (see, Matter of Michelle T., 227 AD2d 226). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. ANGES, Appellant. [662 NYS2d 275] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered April 22, 1996, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.